DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney

BENJAMIN MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation-DCS
WILLIAM C. SILVIS
Assistant Director
T. MONIQUE PEOPLES
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-8717
Facsimile: (202) 305-7000
Email: monique.peoples@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW OBIM OKEKE, | ) |
| Petitioner, | ) Case No. 2:15-cv-02178-APG-PAL |
| v. | ) |
| JEH JOHNSON, Secretary of U.S. Department of Homeland Security, *et al.*, | ) **ORDER** |
| Respondents. | ) |

**JOINT STIPULATION FOR EXTENSION OF DEADLINE TO ANSWER PETITION**
(First Request)

Pursuant to LR 6-1, 6-2, and 7-1, the parties jointly stipulate to extend the deadline for Respondents to answer or otherwise respond to the Petition filed in this matter. In support, the parties state as follows:

1

1. On November 16, 2015, Petitioner filed a petition for writ of mandamus. *See* Pet., ECF No. 1. Specifically, Petitioner seeks an order from the Court "to compel Respondents to act on Petitioner's completed I-485 Application to Adjust Status." *Id.* at ¶ 1.

2. Plaintiff effected service on Respondents Loretta Lynch, Attorney General of the United States; Jeh Johnson, Secretary of the U.S. Department of Homeland Security; Leon Rodriguez, Director of the U.S. Citizenship and Immigration Services ("USCIS"); Thomas Cioppa, District Director of the Chicago Field Office of USCIS; and Jeanne Kent, Field Office Director of the Nevada-Las Vegas Field Office of USCIS, all in their official capacities. *See* ECF No. 8. According to the civil docket for this matter, Respondents' answer deadlines are February 1, 2016, and February 2, 2016. *See* Dkt. entry at ECF No. 8.

3. Petitioner effected service on the U.S. Attorney for the District of Nevada on February 1, 2016. *See* Fed. R. Civ. P. 4(i). Pursuant to Federal Rule of Civil Procedure 12(a)(2), the "United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney." Thus, despite the civil docket entry notation, Respondents' answer deadline is April 1, 2016. *See* Fed. R. Civ. P. 12(a)(2).

4. Accordingly, the parties stipulate and agree that good cause exists to correct Respondents' answer deadline from the deadline noted on ECF No. 8 to the correct answer date of April 1, 2016.

///
///
///
///
///
///

WHEREFORE, the parties stipulate and agree that good cause exists to correct Respondents' answer deadline from February 1 and 2, 2016 to the correct answer date of April 1, 2016.

Respectfully submitted this 9th day of February 2016.

| AGWARA & ASSOCIATES | WILLIAM C. SILVIS<br>Assistant Director |
|---|---|
| */s/ Liborius Agwara*<br>LIBORIUS AGWARA<br>4693 E. Flamingo Road<br>Las Vegas, Nevada 89121<br>(702) 385-4800<br>agwaralaw@yahoo.com<br><br>*Attorneys for Petitioner* | */s/ T. Monique Peoples*<br>T. MONIQUE PEOPLES<br>Trial Attorney<br><br>*Attorneys for Respondents* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 9, 2016.

3