DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney

BENJAMIN MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation-DCS
WILLIAM C. SILVIS
Assistant Director
T. MONIQUE PEOPLES
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-8717
Facsimile: (202) 305-7000
Email: monique.peoples@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW OBIM OKEKE, | ) |
| | ) |
| Petitioner, | ) Case No. 2:15-cv-02178-APG-PAL |
| | ) |
| v. | ) |
| | ) |
| JEH JOHNSON, Secretary of U.S. | ) |
| Department of Homeland Security, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**JOINT STIPULATION FOR EXTENSION OF DEADLINE TO ANSWER PETITION**
(Second Request)

Pursuant to LR 6-1, 6-2, and 7-1, the parties jointly stipulate to extend the deadline for Respondents to answer or otherwise respond to the Petition filed in this matter. In support, the parties state as follows:

1

1. On November 16, 2015, Petitioner filed a petition for writ of mandamus. *See* Pet., ECF No. 1. Specifically, Petitioner seeks an order from the Court "to compel Respondents to act on Petitioner's completed I-485 Application to Adjust Status." *Id.* at ¶ 1.

2. Although Plaintiff completed service on Respondents on February 1, 2016, the civil docket entry notation originally indicated that Respondents' answer deadlines were February 1 and 2, 2016. *See* Dkt. entry at ECF No. 8. The parties therefore stipulated and agreed that good cause existed to correct Respondents' answer deadline from the deadlines noted on ECF No. 8 to the correct answer date of April 1, 2016. *See* ECF No. 9; Fed. R. Civ. P. 12(a)(2). The Court approved the parties' first stipulation and Respondents' current answer deadline is April 1, 2016. *See* ECF No. 11.

3. On January 8, 2016, the United States Citizenship and Immigration Services ("USCIS") issued Petitioner a Request for Evidence pertaining to his I-485 Application to Adjust Status, requesting that certain materials be submitted to USCIS by April 4, 2016. Upon its receipt of the requested materials, USCIS may require additional time beyond Respondents' April 1 answer deadline to review those materials and adjudicate Petitioner's I-485 application. Good cause therefore exists to allow USCIS additional time to review and process Petitioner's I-485 application, which could potentially resolve the issues in the Petition without further litigation.

4. Accordingly, the parties stipulate and agree that good cause exists to extend Respondents' answer deadline by thirty days from April 1, 2016, to May 2, 2016.

///
///
///
///
///
///

WHEREFORE, the parties stipulate and agree that good cause exists to extend Respondents' answer deadline by thirty days from April 1, 2016, to May 2, 2016.

Respectfully submitted this 25th day of March 2016.

| AGWARA & ASSOCIATES | WILLIAM C. SILVIS<br>Assistant Director |
|---|---|
| */s/ Liborius Agwara*<br>LIBORIUS AGWARA<br>4693 E. Flamingo Road<br>Las Vegas, Nevada 89121<br>(702) 385-4800<br>agwaralaw@yahoo.com<br><br>*Attorneys for Petitioner* | */s/ T. Monique Peoples*<br>T. MONIQUE PEOPLES<br>Trial Attorney<br><br>*Attorneys for Respondents* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated:  March 25, 2016.